IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT EARL ALEXANDER,

    Plaintiff,

v.                                        Case No. 20-cv-15-jdp

PAULA L. STELSEL, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_/s/_____          3/15/2021_____
Peter Oppeneer, Clerk of Court               Date